## CLERK'S MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Steven C. Yarbrough

Initial Appearance

| | | | |
|---|---|---|---|
| Case Number: | 19-MJ-1159 | UNITED STATES vs. DOUGLAS | |
| Hearing Date: | 5/7/2019 | Time In and Out: | 9:52 am – 9:55 am |
| Clerk: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Christopher Douglas | Defendant's Counsel: | Alonzp Padilla for this hearing only |
| AUSA | Kimberly Brawley | Pretrial/Probation: | A.  Galaz |
| Interpreter: | | | |

### Initial Appearance

| | | | |
|---|---|---|---|
| ☐ | Defendant sworn | | |
| ☒ | Defendant received a copy of charging document | | |
| ☒ | Court advises defendant(s) of possible penalties and all constitutional rights | | |
| ☒ | Defendant wants Court appointed counsel | | |
| ☒ | Government moves to detain | ☐ | Government does not recommend detention |
| ☒ | Set for Preliminary/Detention Hearing | on May 8, 2019 | @ 9:30 am |

### Preliminary/Show Cause/Identity

| | | | |
|---|---|---|---|
| ☐ | Defendant waives Preliminary hearing | | |
| ☐ | Court finds probable cause | ☐ | Court does not find probable cause |

### Custody Status

| | | |
|---|---|---|
| ☐ | Defendant waives detention hearing | |
| ☒ | Defendant  detained pending hearing | |
| ☐ | Conditions | |

### Other

| | |
|---|---|
| ☒ | Matter referred to District Judge for final revocation hearing |
| ☐ | |